■ In the Matter of The People of the State of New York ex rel. Russel Green, Appellant, v C. Saunders, New York City Department of Corrections, Respondent. [42 NYS3d 812]—Appeal from judgment (denominated an order), Supreme Court, New York County (Kevin B. McGrath, J.), entered on or about February 4, 2016, denying the petition for a writ of habeas corpus and dismissing the proceeding brought pursuant to CPLR article 70, unanimously dismissed, without costs, as moot.

This appeal challenging the legality of petitioner's preconviction detention is moot, since petitioner is currently incarcerated pursuant to a judgment of conviction (*see People ex rel.*

*Macgiollabhui v Schriro*, 123 AD3d 633 [1st Dept 2014]), and no exception to the mootness doctrine applies (*see Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714-715 [1980]). Concur—Mazzarelli, J.P., Sweeny, Richter, Manzanet-Daniels and Feinman, JJ.